ORIGINAL

O'DONNELL & ASSOCIATES P.C.
PIERCE O'DONNELL (State Bar No. 081298)
*podonnell@oslaw.com*
JACK G. CAIRL (State Bar No. 105335)
*jcairl@oslaw.com*
550 South Hope Street, Suite 1000
Los Angeles, California 90071
Telephone: (213) 347-0290
Fax: (213) 347-0299
Attorneys for Plaintiff STAN LEE MEDIA, INC.
A Colorado Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN LEE MEDIA, INC., a Colorado Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STAN LEE, an individual, QED PRODUCTIONS, LLC, a Delaware limited liability company, and POW! ENTERTAINMENT, INC., a Delaware corporation,<br><br>Defendants. | CASE NO.  CV 07- 4438 SVW (SSx)<br>[Related Case No. CV 07-00225 SVW (SSx)]<br><br>[Hon. Stephen V. Wilson]<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS' PENDING AMENDED MOTIONS TO DISMISS AND STRIKE COMPLAINT** |

FILED
CLERK, U.S. DISTRICT COURT
OCT 16 2007
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

DOCKETED ON CM
OCT 22 2007
BY         019

LODGED

P. Send

## STIPULATION

WHEREAS, the parties in this action stipulated in writing that the Defendants would have until September 21, 2007 in which to respond to the complaint in this action, and pursuant thereto, on September 21, 2007, Defendants filed with this Court a Motion to Dismiss the Complaint in this action under Fed.R. Civ.P. 12(b)(6), as well as a Motion to Strike;

WHEREAS, due to various computer problems and the unavailability of counsel, parts of the Motion were inadvertently not put into the version of the Motion that was initially filed, and Defendants therefore filed an Amended Motion to Dismiss on September 28, 2007;

WHEREAS, Plaintiffs contend that the Amended Motion to Dismiss, set for hearing in this Court for October 22, 2007, is improper and should not be considered because it was filed after the stipulated deadline, and Defendants dispute this contention;

WHEREAS, counsel for the parties have agreed that, subject to the Court's approval, the Amended Motion shall be taken off calendar, and Defendants shall re-file a motion to dismiss the complaint within three (3) court days of receipt of this Court's approval of the instant stipulation.

THEREFORE, subject to the Court's approval, Plaintiffs and Defendants hereby stipulate and agree through their counsel of record as follows:

1. Subject to the Court's approval of this Stipulation and entry of Order thereon, Defendants' pending Motion to Dismiss, Motion to Strike, and Amended Motion to Dismiss in this action, presently set for hearing in this Court on October 22, 2007, shall be taken off-calendar;

2. Within three (3) Court days of Defendants' counsel receiving notice of this Court's approval of the instant Stipulation and Order, Defendants shall re-file with the Court, and re-notice their Motion to Strike and Motion to dismiss the Complaint, and Defendants' time to respond to the Complaint shall be extended to permit such an amended filing.

**IT IS SO STIPULATED**

DATE: October 8, 2007

O'DONNELL & ASSOCIATES, P.C.
PIERCE O'DONNELL
JACK G. CAIRL

By: _____
JACK G. CAIRL
Attorneys for Plaintiffs

DATE: October 8, 2007

LAVELY & SINGER, A PROFESSIONAL CORPORATION
JOHN H. LAVELY, JR.
PAUL N. SORRELL

By: _____
PAUL N. SORRELL
Attorneys for Defendants

3

[Proposed] **ORDER**

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefor, the Court orders that the pending motion of Defendants to dismiss the complaint is taken off-calendar, and that Defendants shall file a new motion, or otherwise respond to the complaint, within three court days of Defendants' notice of this Court's Order.

**IT IS SO ORDERED.**

Dated: October 15, 2007

HON. STEPHEN V. WILSON
United States District Court Judge

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 1000, Los Angeles, California 90071.

On October 8, 2007, I served the foregoing document described as: STIPULATION AND [PROPOSED] ORDER RE: DEFENDANTS' PENDING AMENDED MOTIONS TO DISMISS AND STRIKE COMPLAINT on the interested parties in this action as follows:

> John H. Lavely, Esq,
> Paul N. Sorrell, Esq.
> LAVELY & SINGER
> 2049 Century Park East, Suite 2400
> Los Angeles, California 90067-2906

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth above.

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 8, 2007 at Los Angeles, California.

_____
Jack G. Cairl