Name and address
Sean P. Sheppard
The Andersen Firm, PC
1200 Plantation Island Drive South, Suite 220
St. Augustine, Florida 32080
Telephone (904) 461-1411
Facsimile (904) 461-1412

**LODGED** 2007 NOV 26 PM 1:36 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

**FILED** CLERK, U.S. DISTRICT COURT NOV 27 2007 CENTRAL DISTRICT OF CALIFORNIA BY _____ DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN LEE MEDIA, INC., a Colorado corporation,<br>Plaintiff(s)<br>v.<br>STAN LEE, an individual, QED PRODUCTIONS, et al.<br>Defendant(s). | CASE NUMBER<br>CV 07 4438 SVW (SSx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Sean P. Sheppard__,
*Applicant's Name*

of __The Andersen Firm, PC__ for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☑ Plaintiff  ☐ Defendant  __Stan Lee Media, Inc.__

and the designation of __Jack Cairl__ of __O'Donnell & Associates, P.C.__
*Local Counsel Designee*            *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☑ **GRANTED**

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

Dated __11/27/07__

_____
U. S. District Judge/~~U.S. Magistrate Judge~~

---

G-64 ORDER (06/05)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 1000, Los Angeles, California 90071.

On November 26, 2007, I served the foregoing document described as: **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on the interested parties in this action as follows:

> John H. Lavely, Esq,
> Paul N. Sorrell, Esq.
> LAVELY & SINGER
> 2049 Century Park East, Suite 2400
> Los Angeles, California 90067-2906

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth above.

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 26, 2007 at Los Angeles, California.

_____
Andrew Owen