NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Robert E. Kohn (SBN 200373)
Email: rkohn@enensteinlaw.com
Enenstein & Ribakoff, APC
233 Wilshire Blvd., Suite 900
Santa Monica, CA 90401
(310) 899-2070
(310) 496-1930

ATTORNEYS FOR: Stan Lee Media, Inc., a Colorado corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Stan Lee Media, Inc. | CASE NUMBER: |
|---|---|
| Plaintiff(s), v. | 07-cv-4438 SVW (SSx) |
| Stan Lee | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Stan Lee Media, Inc., a Colorado corporation (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**  **CONNECTION**

(List the names of all such parties and identify their connection and interest.)

None, other than named parties in this action and related actions:
1. Jose Abadin, derivatively on behalf of Stan Lee Media, Inc. v. Stan Lee, 09-cv-2340 SVW (PJWx); and
2. QED Productions, LLC, et al. v. James Nesfield, et al., 07-cv-0225 SVW (SSx).

Dec. 6, 2010                        /s/ Robert E. Kohn
Date                                 Sign

                                     Robert E. Kohn
                                     Attorney of record for or party appearing in pro per