Name & Address:
Robert E. Kohn (SBN 200373)
Email: rkohn@enensteinlaw.com
Enenstein & Ribakoff, APC
233 Wilshire Blvd., Suite 900
Santa Monica, CA 90401
(310) 899-2070



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Stan Lee Media, Inc. | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 07-cv-4438 SVW (SSx) |
| v. | |
| Stan Lee | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of

of <u>Luke A. McGrath</u>, of <u>Dunnington, Bartholow & Miller, LLP</u>
    *Applicant's Name*     *Firm Name / Address*

<u>(212) 682-8811</u>      <u>lmcgrath@dunnington.com</u>
  *Telephone Number*      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant

☐ Intervener or other interested person <u>Stan Lee Media, Inc., a Colorado corporation</u>

and the designation of <u>Robert E. Kohn / 200373</u>
    *Local Counsel Designee /State Bar Number*

of <u>Enenstein & Ribakoff, APC</u>
    *Local Counsel Firm / Address*

<u>(310) 899-2070</u>      <u>rkohn@enensteinlaw.com</u>
  *Telephone Number*      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED
    ☐ DENIED. Fee shall be returned by the Clerk.
    ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated    JAN 20 2011

                                     U. S. District Judge/~~U.S. Magistrate Judge~~
                                     STEPHEN V. WILSON