UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 2007-225-SVW(SSx)<br>CV 2007-4438-SVW-SS<br>CV 2009-2340-SVW -PJW | Date | January 24, 2011 |
|---|---|---|---|
| Title | Qed Productions LLC et al. v. James Nesfield et al.<br>Stan Lee Media Inc v. Stan Lee et al<br>Jose Abadin v. Stan Lee | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Leslie M. Werlin<br>Marcy M. Heronimus | Jack G. Cairl<br>Robert E. Kohn<br>Luke McGrath |

**Proceedings:**   MOTION to Continue stay, MOTION to Stay pending Determination of Motion to Intervene in case in U.S. District Court for the Southern District of New York filed by plaintiff Stan Lee [143]

  Hearing held.  The motion is DENIED.  Stan Lee Media Inc. is granted leave, within twenty days, to file a complaint consolidating the actions.

                                 :   14

Initials of Preparer   PMC